UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

   Plaintiff,

v.

D-1 MARK SAUNDERS,
D-2 KEVIN CALLAWAY,

   Defendants.
_____/

Case:2:11-cr-20482
Judge: Roberts, Victoria A.
MJ: Majzoub, Mona K.
Filed: 08-02-2011 At 04:46 PM
SEALED MATTER (KB)

VIOLATIONS: 21 U.S.C. §841(a)(1)
        21 U.S.C. §846

# INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
(21 U.S.C. § 846 - Conspiracy to possess with intent to distribute
and distribute controlled substances-marijuana, 100 kilograms or more)

D-1 **MARK SAUNDERS**
D-2 **KEVIN CALLAWAY**

That on or about March, 2009, and continuing up to and including August, 2009, in the Eastern District of Michigan, Southern Division, and elsewhere, **MARK SAUNDERS and KEVIN CALLAWAY,** defendants, did knowingly, intentionally and unlawfully combine, conspire, confederate and agree with each other, and with persons known and unknown to the grand jury, to commit offenses against the United States, that is, to unlawfully distribute and possess with intent to distribute a controlled substance, namely, marijuana, a Schedule I controlled substance. The

amount of marijuana involved in the offense, and within the scope of the defendants' agreement, was 100 kilograms or more; all in violation of Title 21, United States Code, Sections 841(a)(1), 841(b) and 846.

## COUNT TWO
### (21 U.S.C. § 841(a)(1)- Possession with intent to distribute a controlled substance-marijuana)

D-1    MARK SAUNDERS
D-2    KEVIN CALLAWAY

That on or about July 14, 2009, in the Eastern District of Michigan, Southern Division, **MARK SAUNDERS and KEVIN CALLAWAY,** defendants, did knowingly, intentionally and unlawfully possess a controlled substance, namely, approximately 24.31 kilograms of marijuana; all in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THREE
### (21 U.S.C. § 841(a)(1)- Possession with intent to distribute a controlled substance-marijuana)

D-2    KEVIN CALLAWAY

That on or about August 11, 2009, in the Eastern District of Michigan, Southern Division, **KEVIN CALLAWAY,** defendant, did knowingly, intentionally and unlawfully possess a controlled substance, namely, approximately 1.766 kilograms of marijuana; all in violation of Title 21, United

States Code, Section 841(a)(1).

                                                      THIS IS A TRUE BILL

                                                      s/GRAND JURY FOREPERSON

BARBARA L. McQUADE
United States Attorney


s/WAYNE F. PRATT
Chief, Health Care Fraud Unit
Assistant United States Attorney
211 W. Fort St., Ste. 2011
Detroit, Michigan 48226
Phone: (313) 226-9583
Email: wayne.pratt@usdoj.gov
Bar No.: P32528


Date: August 2, 2011

**ORIGINAL**

| United States District Court<br>Eastern District of Michigan | Criminal Case C | Case: 2:11-cr-20482<br>Judge: Roberts, Victoria A.<br>MJ: Majzoub, Mona K.<br>Filed: 08-02-2011 At 04:46 PM<br>SEALED MATTER (KB) |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to

**Reassignment/Recusal Information** This matter was opened in the USAO prior to August 15, 2008  [ ]

| **Companion Case Information** | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes    ■ No | AUSA's Initials: |

**Case Title:** USA v. MARK SAUNDERS and KEVIN CALLAWAY

**County where offense occurred:** Wayne

**Check One:**    ■ Felony    ☐ Misdemeanor    ☐ Petty

____Indictment/____Information --- no prior complaint.
__x_Indictment- based upon prior complaint [Case number: 09-MJ-30405]
____Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** _____    **Judge:** _____

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

August 2, 2011
Date

*/s/ Wayne F. Pratt*
WAYNE F. PRATT
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: (313) 226-9583
Fax: (313) 226-2621
E-Mail address: wayne.pratt@usdoj.gov
Attorney Bar #: P32528

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

10/13/09