PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA

v.  Crim. No. 11-CR-20482-01

SAUNDERS, Mark

On April 25, 2013, the above named was placed on Probation for a period of three years. The probationer has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the probationer be discharged from supervision.

Respectfully submitted,

s/Charmarie A. Green
*Supervising U.S. Probation Officer*
313-234-5488

### ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer be discharged from supervision and that the proceedings in the case be terminated.

Dated this    16th    day of    January   , 20 15    .

S/Victoria A. Roberts
Victoria A. Roberts
*United States District Judge*